**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-6703

WINFRED WITHERSPOON,

Plaintiff – Appellant,

v.

BOOTH, individually and in his or her official capacity,
Psych. Assoc., Mrs.; JEREMY SOWERS, individually and in his
or her official capacity; SHERRY HAFERKAMP, individually
and in his or her official capacity; STATE OF MARYLAND,
individually and in his or her own capacity,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J.  Frederick Motz, District Judge.
(1:09-cv-01593-JFM)

Submitted:  September 28, 2010        Decided:  October 5, 2010

Before WILKINSON, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Winfred Witherspoon, Appellant Pro Se. Nicholé Cherie Gatewood,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Winfred Witherspoon appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Witherspoon v. Booth, No. 1:09-cv-01593-JFM (D. Md. May 6, 2010). We also grant Appellees' motion to waive personal service and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED